UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                              Case No. 09-CR-83
                                              10-CR-121

**RONALD L. JOHNSON,**

    Defendant.

## DECISION AND ORDER

    The defendant, Ronald Johnson, filed a motion for the return of property under Federal Rule of Criminal Procedure 41(g). Postjudgment motions under Rule 41(g) are civil actions subject to the Prison Litigation Reform Act. *United States v. Stevens*, 500 F.3d 625, 628 (7th Cir. 2007). To proceed with such an action, Johnson must file a separate lawsuit and pay the filing fee (or use the partial payment procedures of the PLRA, 28 U.S.C. § 1915(b)). For now, the Court will DENY the motion [ECF No. 53 in 09-CR-83, ECF No. 86 in 10-CR-121] without prejudice.

    Dated at Milwaukee, Wisconsin, this 21st day of August, 2013.

                                              **BY THE COURT:**

                                              */s/ Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**